FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00282-CR

Jeremy Ray **ROTHENAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3013
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Appellant's brief was originally due on August 8, 2022. On September 8, 2022, appellant filed a second motion for an extension of time to file his brief, requesting an extension until October 7, 2022. Appellant's motion is GRANTED. Appellant's brief is due on or before **October 7, 2022**. No further extensions of time will be allowed absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court